UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY SMITH,                                                                      Case No. 2:21-cv-12070

    Plaintiff,                                                                              Hon. David M. Lawson

v

COUNTY OF WAYNE, ROBERT J. DONALDSON,
MONICA CHILDS, GENE KARVONEN,
ROGER MUELLER, WALTER LOVE,
KEITH CHISHOLM and JOHN DEMBINSKI,

    Defendants.

_____/

| LAW OFFICE OF JARRETT ADAMS, PLLC<br>BY: JARRETT ADAMS<br>(New York State Bar Number 5455712)<br>**Attorneys for Plaintiff**<br>40 Fulton Street, Floor 7<br>New York, NY 10038<br>Ph and Fax: 646-880-9707<br>JAdams@JarrettAdamsLaw.com | CUMMINGS, MCCLOREY, DAVIS & ACHO, P.L.C.<br>BY:   JAMES R. ACHO (P62175)<br>        SHANE R. NOLAN (P78008)<br>        JONATHAN D. WYLIE (P84475)<br>**Attorneys for Defendants Monica Childs,**<br>**Gene Karvonen, Roger Mueller,**<br>**Walter Love and John Dembinski**<br>17436 College Parkway<br>Livonia, MI 48152-2363<br>Ph: 734-261-2400 / Fax: 734-261-4510<br>jacho@cmda-law.com;<br>snolan@cmda-law.com |

_____/

### NOTICE OF APPEARANCE OF COUNSEL

    PLEASE TAKE NOTICE that the law firm of CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C., **by JONATHAN D WYLIE**, enters its Appearance on behalf of **Defendants Monica Childs, Gene Karvonen, Roger Mueller, Walter Love and John Dembinski** in the within cause.

01523360-1

|  |  |
|---|---|
|  | s/ Jonathan D. Wylie |
|  | Cummings, McClorey, Davis & Acho, P.L.C. |
|  | **Attorneys for Defendants Monica Childs,** |
|  | **Gene Karvonen, Roger Mueller, Walter Love** |
|  | **John Dembinski** |
|  | 17436 College Parkway |
|  | Livonia, MI 48152 |
|  | Phone:  (734) 261-2400 |
|  | jwylie@cmda-law.com |
| Date:  February 15, 2022 | P84475 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record; and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  **N/A**

      s/ Jonathan D. Wylie
      Cummings, McClorey, Davis & Acho, P.L.C.
      17436 College Parkway
      Livonia, MI  48152
      Phone:  (734) 261-2400
      Primary E-mail:  jwylie@cmda-law.com
      P84475