UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY SMITH,

        Plaintiff,                           Case Number 21-12070

v.                                               Honorable David M. Lawson

MONICA CHILDS,

        Defendant.
_____/

## ORDER OF DISMISSAL

On July 12, 2024, the parties informed the Court that they had reached an agreement to resolve all of the claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before August 14, 2024**.

                                                                   s/David M. Lawson
                                                                   DAVID M. LAWSON
                                                                   United States District Judge

Dated: July 15, 2024